COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-332-CV

BONDEX INTERNATIONAL, INC. APPELLANT

V.

CHRISTINE LOWERY, INDIVIDUALLY APPELLEE
S

AND AS PERSONAL REPRESENTATIVE 

OF THE HEIRS AND ESTATE OF FRANK

LOWERY, DECEASED 

----------

FROM THE 153RD COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.  

DELIVERED: January 25, 2007 

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.